UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 FEB 18  AM 11: 17
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ESTRADA ESCOBEDO(1)<br>ANTHONY MICHAEL GARDNER(2)<br><br>Defendants. | CRIMINAL NO. _____<br><br>**INDICTMENT**<br><br>[Ct. I – Vio: 18 U.S.C. §472 – Uttering Counterfeit obligations and Securities, 18 U.S.C. §2–Aiding and Abetting;<br><br>**A14 CR 0051 LY** |

THE GRAND JURY CHARGES:

COUNT ONE
Utter Counterfeit Obligations and Securities
[18 U.S.C. §§ 472 & 2]

On or about the 31st day of January 2014, in the Western District of Texas, the Defendants,

**CARLOS ESTRADA ESCOBEDO**
**ANTHONY MICHAEL GARDNER**

aided and abetted by each other and others, with intent to defraud, did ~~pass~~ possess, a falsely made, forged and counterfeited obligation of the United States, that is, Federal Reserve Notes in the denomination of one hundred dollars, Serial No. LB49207135 B, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472 and in violation of Title 18, United States Code, Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ROBERT PITMAN
United States Attorney

By: _____
DOUGLAS W. GARDNER
Assistant United States Attorney