UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 1 8 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. A14CR0051 LY |
| | ) |
| ANTHONY MICHAEL GARDNER, | ) |
| Defendant. | ) |

## ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| ANTHONY MICHAEL GARDNER | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED at Austin, Texas, this 18th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE