AO 442 (Rev. 11/11) Arrest Warrant    USMS: 8121-280    FID: 2140418

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
2014 APR -3 PM 1:06
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America
v.
ANTHONY MICHAEL GARDNER

Case No. **A14CR0051 LY**

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTHONY MICHAEL GARDNER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:472 Uttering Counterfeit Obligations and securities
18:2 Aiding and Abetting

Date: 02/18/2013

_____
Issuing officer's signature

City and state: Austin, TX

Julie Golden, Courtroom Deputy/ Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-3-14, and the person was arrested on *(date)* 4-3-14
at *(city and state)* Austin T·X.

Date: 4-3-14

_____
Arresting officer's signature

Eric D. Santiago   DUSM
*Printed name and title*